1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:          matt.jaksa@hro.com
5
   Attorneys for Plaintiffs,
6  VIRGIN RECORDS AMERICA, INC.; ARISTA
7  RECORDS LLC; BMG MUSIC; CAPITOL RECORDS,
   INC.; ELEKTRA ENTERTAINMENT GROUP INC.;
8  INTERSCOPE RECORDS; LAVA RECORDS LLC;
   PRIORITY RECORDS LLC; SONY BMG MUSIC
9  ENTERTAINMENT; UMG RECORDINGS, INC.; and
   WARNER BROS. RECORDS INC.
10

11                    UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
12

| | |
|---|---|
| 13  VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAVA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>                     Plaintiffs,<br><br>        v.<br><br>   DOES 1-5,<br>                     Defendants. | CASE NO.  1:07-CV-01525-LJO-SMS<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#33287 v1

PDF created with pdfFactory trial version www.pdffactory.com

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on California State University - Fresno to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant. The subpoena may also seek all documents and electronically-stored information relating to the assignment of any IP address which Cal. State - Fresno cannot link to a specific Doe Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated:   10/24/2007                               By:   /s/ Sandra M. Snyder
                                                  United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com