| | |
|---|---|
| 1  Matthew Franklin Jaksa (CA State Bar No. 248072)<br>   HOLME ROBERTS & OWEN LLP<br>2  560 Mission Street, 25th Floor<br>   San Francisco, CA  94105-2994<br>3  Telephone:  (415) 268-2000<br>4  Facsimile:   (415) 268-1999<br>   Email:       matt.jaksa@hro.com<br>5<br>   Attorneys for Plaintiffs,<br>6  VIRGIN RECORDS AMERICA, INC.; ARISTA<br>   RECORDS LLC; BMG MUSIC; CAPITOL RECORDS,<br>7  INC.; ELEKTRA ENTERTAINMENT GROUP INC.;<br>8  INTERSCOPE RECORDS; LAVA RECORDS LLC;<br>   PRIORITY RECORDS LLC; SONY BMG MUSIC<br>9  ENTERTAINMENT; UMG RECORDINGS, INC.; and<br>   WARNER BROS. RECORDS INC.<br>10 | **FILED**<br><br>FEB 1 2 2008<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>By _____ <br>        DEPUTY CLERK |



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAVA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>  v.<br><br>DOES 1-5,<br>          Defendants. | CASE NO. 1:07-CV-01525-LJO-SMS<br><br>**Honorable Lawrence J. O'Neill**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 1:07-cv-01525-LJO-SMS
#35348 v1

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS AMERICA,
2 | INC., et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright
3 | infringement claims against Defendant Does 1-5, each party to bear its/his own fees and costs. The
4 | Clerk of Court is respectfully requested to close this case.

Dated: February 5, 2008                    HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa_____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
ARISTA RECORDS LLC; BMG MUSIC;
CAPITOL RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.;
INTERSCOPE RECORDS; LAVA
RECORDS LLC; PRIORITY RECORDS
LLC; SONY BMG MUSIC
ENTERTAINMENT; UMG
RECORDINGS, INC.; and WARNER
BROS. RECORDS INC.

Dated: February 12, 2008  It is so ordered.    _____
                                               Honorable Lawrence J. O'Neill
                                               U.S. District Judge

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 1:07-cv-01525-LJO-SMS
#35348 v1